IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS, LONDON, SUBSCRIBING TO POLICY UP01US361029 | PLAINTIFF |
| VS. | CIVIL ACTION NO. 3:04CV540LS |
| MAGNOLIA MANAGEMENT CORPORATION; BRANDON LIVING CENTER, LLC, d/b/a BRANDON COURT; RANKIN COMMUNITY CARE CENTER, LLC, d/b/a BRANDON COURT; BRANDON COURT, LLC; SANDRA CHAMPION BALL; MELISSA JOHNSTON, TRACY ROBINSON GARCIE, COLLEEN CAMP and JOHN DOES A-Z | DEFENDANTS |

**PROTECTIVE ORDER**

NOW COME all parties, Plaintiffs and Defendants, through undersigned counsel, who agree that, during the course of this litigation, various confidential information relating to both parties and non-parties in this litigation has been disclosed, and, to protect this information, all parties agree, in accordance with FRCP 26, to this Protective Order.

IT IS, THEREFORE, ORDERED, as follows:

1. This Protective Order should apply to all documents of any type produced during discovery that contain or relate to confidential information.

2. For purposes of this Protective Order, the following constitutes confidential information:

    a. Any depositions taken during the lawsuit and accompanying exhibits;

    b. Any and all documents produced by any party during discovery;

    c. Any and all documents obtained through subpoena during discovery;

      d.    Any and all responses to any discovery requests;

      e.    Any and all reports prepared pursuant to Rule 26 by any expert in this litigation; and

      f.    Any correspondence exchanged between the parties.

3. Confidential information shall not be disclosed, or used by the receiving party or any of its agents for any purpose other than the preparation and trial of this action, post trial pleadings and in the subsequent appeals, with the exception of the following:

      a.    When required by an order of a court of competent jurisdiction or otherwise compelled by law; or

      b.    With prior written consent of the parties.

4. The provisions of this Order shall be binding on the parties through and after the conclusion of this action, and the court shall retain jurisdiction over the parties to enforce and/or modify this Order.

IT IS SO ORDERED, this the 1st day of September, 2006.

                                                             S/James C. Sumner
                                                   UNITED STATES MAGISTRATE JUDGE

AGREED AND APPROVED:

| s/Richard T. Bennett | S/John A. Stassi II |
|---|---|
| RICHARD T. BENNETT | JOHN A STASSI II |
| CHARLES F. BARBOUR | J. WARREN GARDNER |
| Attorneys for Plaintiff | Attorneys for Magnolia Defendants |
| | |
| s/Cynthia H. Speetjens | Larry Yarbrough |
| CYNTHIA H. SPEETJENS | LARRY YARBROUGH |
| Attorney for Plaintiff | Attorney for Sandra Champion Ball |